# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2984 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 26 DB 2022 |
| v. | : | |
| GLENN PAUL CUMMINGS, | : | Attorney Registration No. 44743 |
| Respondent | : | |
| | : | (Allegheny County) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, upon consideration of the Certificate of Admission of Disability, Glenn Paul Cummings is immediately transferred to inactive status for an indefinite period and until further Order of this Court. *See* Pa.R.D.E. 301(e). He shall comply with the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance except for the perpetuation of testimony and the preservation of documentary evidence.